**WINDHAM COUNTY, MARCH TERM, 1790.**

TOWN OF WINDHAM V. TOWN OF HAMPTON.

Signing and serving writs are ministerial acts and may be done, by inhabitants of the town, who are plaintiffs.

ACTION upon an *insimul computasset.* Plea in abatement — 1st. That said writ is granted and signed by Zephaniah Swift Esq. a justice of the peace, who is an inhabitant of the town of Windham, and one of the plaintiffs. 2d. That it is directed to, and was served by James Flint, as an indifferent person, who is also an inhabitant of Windham, and one of the plaintiffs. 3d. That said Flint hath not made oath to the service.

Judgment — Plea insufficient.

By the COURT. As to the two first exceptions, the signing and serving of the writ, are merely ministerial acts, and if any irregularity is practiced, advantage may be taken of it by pleading it. Besides, if members of corporations were wholly excluded from acts of this nature, there would be a failure of justice in many cases. As to the third exception, the law doth not require it; but if necessary it may be done after the writ is returned, by leave of the court.